IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ADAM JOSEPH SARVIS,

Defendant.

CR 25–10–BU–DLC

ORDER

Before the Court is Defendant Adam Joseph Sarvis' Motion for Stay of Sentence for Extension of the Date for Self-Surrender. (Doc. 599.) The brief accompanying the motion states that Sarvis seeks an extension of the date of his self-surrender from September 28, 2026 to March 30, 2027. (Doc. 560 at 2-3.)

Sarvis seeks the extension of his date of self-surrender pursuant to the Court's authority under 18 U.S.C. § 3143(a)(1). (*Id.*at 1.) In support of his request, Sarvis indicates that his partner is suffering from terminal cancer, and that he seeks additional time to make arrangements for her support during his time of incarceration. (*Id.* at 2-3.) The motion is opposed by the Government. (*Id.* at 2.)

In light of the particular facts of this matter, including Sarvis' ongoing supervision and the justifications for the relief that he is seeking, a continuance of the date of Sarvis' self-surrender is appropriate. Accordingly,

IT IS ORDERD that the motion (Doc. 559) is GRANTED IN PART. Sarvis' self-surrender date is hereby RESET. Sarvis shall self-surrender to the Bureau of Prisons facility Sheridan Satellite Camp, in Sheridan, Oregon on November 30, 2026 at 2:00 p.m.

DATED this 17th day of September, 2026.

Dana L. Christensen, District Judge
United States District Court